FILED'06 JUL 19 11:57 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| PAUL dePARRIE and JAMES WEBBER,<br><br>Plaintiffs,<br><br>vs.<br><br>PORTLAND-GUADALAJARA SISTER CITY ASSOCIATION, SHELLEY ROMERO, BRAVO EVENT SERVICES, INC., CHICO SALAS, and ROMAN HERNANDEZ,<br><br>Defendants. | Case No. 06-117-PK<br><br>ORDER |

James E. Leuenberger
4800 S.W. Meadows Road, Suite 300
P. O. Box 1684
Lake Oswego, Oregon  97035-1684

    Attorney for Plaintiffs

Page 1 - ORDER

Ronald E. Bailey
Bullivant Houser Bailey, P.C.
300 Pioneer Tower
888 S.W. Fifth Avenue
Portland, Oregon  97204

Jonathan Mark Radmacher
Trung D. Tu
McEwen Gisvold LLP
1100 S.W. Sixth Avenue, Suite 1600
Portland, Oregon  97204

        Attorneys for Defendants

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on June 28, 2006.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); see also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#26).

IT IS HEREBY ORDERED that defendant Hernandez's motion to dismiss (#8) is GRANTED as to plaintiff Webber's § 1983, § 2000a and state law claims for actions occurring on May 5, 2004, and DENIED as to all other claims.

Dated this _19th_ day of July, 2006.

        /s/ Garr M. King
        Garr M. King
        United States District Judge

Page 2 - ORDER